UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GABRIEL BONEFONT, | § | |
| | § | **C.A. NO. G-07-12** |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | **Jury Trial Demanded** |
| U.S. SHIPPING PARTNERS LP, USS TRANSPORT LLC, USS CHARTERING LLC, AND M/V ITB MOBILE | § | IN ADMIRALTY – RULE 9(h) |
| | § | |
| Defendants. | § | |

.

# **Plaintiff's Original Complaint**

Gabriel Bonefont complains of U.S. Shipping Partners LP, USS Transport LLC, USS Chartering LLC , and the M/V ITB Mobile and would respectfully show the Court that:

## **I.**
## **Jurisdiction**

1. This action is within the admiralty and maritime jurisdiction of this Court within the meaning of Federal Rule of Civil Procedure 9(h).

2. This claim is maintained under the Jones Act.

3. Venue is proper in this District because Defendants do a substantial amount of their business in this District and because a substantial portion of the events occurred in this Division and Plaintiff resides in this District.

## **II.**
## **Parties**

4. Plaintiff is an American citizen. As an American seaman, Plaintiff brings this action pursuant to Section 1916, Title 28, United States Code without the prepayment of costs or the necessity of depositing security.

5. Defendant USS Transport LLC is a New Jersey entity that does a substantial amount of its business in the Southern District of Texas, and may be served with process by serving Joseph P. Gehegan at his usual place of business, 399 Thornall Street, 8th Floor, Edison, NJ 08837.

6. Defendant U.S. Shipping Partners LP is a New Jersey entity that does a substantial amount of its business in the Southern District of Texas, and may be served with process by serving Joseph P. Gehegan at his usual place of business, 399 Thornall Street, 8th Floor, Edison, NJ 08837.

7. Defendant USS Chartering LLC is a New Jersey entity that does a substantial amount of its business in the Southern District of Texas, and may be served with process by serving Joseph P. Gehegan at his usual place of business, 399 Thornall Street, 8th Floor, Edison, NJ 08837.

8. Defendant M/V ITB MOBILE is a vessel that is within the District or will be during the pendency of this lawsuit. Plaintiff requests that service of process on M/V ITB MOBILE be held in abeyance pursuant to Supplemental Federal Rule for Certain Admiralty & Maritime Claims E(3)(c).

## III.
## Nature of the Action

9. This lawsuit is necessary as a result of multiple and separate injuries that Plaintiff received on September 29, 2006. On that date, Plaintiff was acting as a boatswain in the course and scope of his employment for US Shipping Partners and was aiding the M/V ITB MOBILE in its operations.

10. On or about September 29, 2006, the chief mate of the vessel ordered Plaintiff to move a heavy line without an adequate crew or equipment. While doing this, Plaintiff slipped and fell on some pipe aboard the vessel. Plaintiff was ultimately injured while following the Chief mate's negligent instructions. He hurt his leg, knee, elbow, shoulder, and hand.

11. Defendants were negligent and responsible for:

a. failing to properly supervise their crew;

b. failing to properly train their employees;

c. failing to monitor and/or maintain proper equipment;

d. failing to provide adequate safety equipment;

e. failing to maintain a safe premises;

f. failing to provide adequate and immediate medical attention;

g. their employees' negligent instructions and orders; and

h. other acts so deemed negligent.

12. On or about those dates, the M/V ITB MOBILE was unseaworthy.

13. As a result of these occurrences, Plaintiff sustained severe and permanent injuries. These occurrences and injuries occurred as a proximate result of the Defendants' gross negligence, in whole or in part, as a proximate result of the initial acts, negligence, lack of attention, and intentional and/or reckless acts on the part of Defendants, their agents, servants and/or employees acting in the course and scope of their employment and agency.

14. As a result of these occurrences, Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish, and other medical problems. Plaintiff will show that he has sustained severe pain, physical impairment, discomfort, mental anguish, and distress,

and that in all reasonable probability, such physical pain, physical impairment and mental anguish will continue indefinitely.

15. Plaintiff has suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff incurred and will continue to incur pharmaceutical and medical expenses in connection with their injuries.

16. Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court.

## IV.
## Prayer

Plaintiff prays that this citation issue and be served upon Defendants requiring that the Defendants appear and answer, and that upon final hearing, Plaintiff has judgment against Defendants, both jointly and severally, in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, exemplary damages, and all such other relief, to which they may show himself entitled.

DATED: January 7, 2007.

Respectfully submitted,

ARNOLD & ITKIN LLP

/s/ Jason A. Itkin

Jason A. Itkin
State Bar No. 24032461
Southern District of Texas No. 33053
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**Attorney-in-Charge for Plaintiff**

**OF COUNSEL:**
Micajah D. Boatright
State Bar No. 24036237
Pro Hac Vice Admission Pending
ARNOLD & ITKIN LLP
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850